KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
KATHERINE B. DOWLING (SBN 220767)
Assistant United States Attorneys

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:   (415) 436-6748

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and DAVID W. TYLER,<br><br>        Defendants.<br>_____<br>UTE SISTRUNK,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and DAVID W. TYLER, and DOES 1 to 20,<br><br>        Defendants.<br>_____ | No. C 02-4891 VRW (ARB)<br>**Related to** No. C 02-5292 VRW (ARB)<br>**E-FILING CASE**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   August 8, 2006<br>Time:   9:00 a.m.<br>Court:  Hon. Vaughn R. Walker |

GRANTED
Judge Vaughn R Walker
8/7/2006

     The parties reached a settlement in this case on January 10, 2006 conditioned on the approval of the Worker's Compensation Appeals Board's ("WCAB") issuing an Order Approving Third Party Compromise and Release ("Order").

///

1  On, June 1, 2006, the WCAB issued the Order.

2  The Federal Defendant circulated a final settlement agreement to plaintiffs in light of the
3  Order in June, 2006.

4  The draft of the final settlement agreement is being reviewed by plaintiffs and their counsel.
5  When the final agreement is executed, it is anticipated that it will take no more than 90 days to
6  effectuate payment.

7  Plaintiffs both submitted timely requests to the Court to vacate the conditional dismissal
8  because the settlement had not been consummated. The parties are not aware of the issuance of an
9  Order vacating the conditional dismissal.

10  The parties request that the Court reinstate the trial dates in this matter if the case is not
11  settled and dismissed by November 30, 2006.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: July 28, 2006

_____/s/_____
ANDREW Y.S. CHENG
KATHERINE B. DOWLING
Assistant United States Attorney

Dated: July 28, 2006         _____/s/_____

H. Mal Cameron, Esq.
Attorney for Plaintiff Ute Sistrunk

Dated: July 28, 2006         ___/s/_____

Clark W. Patten, Esq.
Attorney for Continental Casualty Co.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT,
C 02-5292 VRW (ARB) & C 02-5292 VRW (ARB)         2