1   KEVIN V. RYAN (SBN 118321)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   ANDREW Y.S. CHENG (SBN 164613)
    KATHERINE B. DOWLING (SBN 220767)
4   Assistant United States Attorneys

5        450 Golden Gate Avenue,10th Floor
         San Francisco, California 94102-3495
6        Telephone:    (415) 436-6813
         Facsimile:    (415) 436-6748
7
    Attorneys for Defendant
8   United States of America

9                   UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12   CONTINENTAL CASUALTY          )   No. C 02-4891 VRW (ARB)
     COMPANY,                      )   **Related to** No. C 02-5292 VRW (ARB)
13                                 )   **E-FILING CASE**
                   Plaintiff,      )
14                                 )
           v.                      )
15                                 )   **STIPULATION AND AGREEMENT OF**
     UNITED STATES OF AMERICA,     )   **COMPROMISE AND  SETTLEMENT**
16   UNITED STATES POSTAL SERVICE, and) **AND [PROPOSED] ORDER**
     DAVID W. TYLER,               )
17                                 )
                   Defendants.     )
18                                 )
     _____)
19   UTE SISTRUNK,                 )
                                   )
20                 Plaintiff,      )
                                   )
21         v.                      )
                                   )
22   UNITED STATES OF AMERICA,     )
     UNITED STATES POSTAL SERVICE, and)
23   DAVID W. TYLER, and DOES 1 to 20,)
                                   )
24                 Defendants.     )
                                   )
25   _____)

26   STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF

27   FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

28   _____

          It is hereby stipulated by and between the undersigned plaintiffs, Ute Sistrunk and

     Continental Casualty, and defendant, United States of America, by and through their respective

1    attorneys, as follows:

2          1. The parties do hereby agree to settle and compromise each and every claim of any kind,
3    whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise
4    to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

5          2. The United States of America agrees to pay the cash sum of One Million Seven Hundred
6    and Fifty Thousand and no cents ($1,750,000) to Plaintiffs Ute Sistrunk and Continental Casualty
7    Company, which sum shall be in full settlement and satisfaction of any and all claims, demands,
8    rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and
9    all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property
10   and the consequences thereof, resulting, and to result, from the subject matter of this settlement,
11   including any claims for wrongful death, for which plaintiffs or their guardians, heirs, executors,
12   administrators, or assigns, and each of them, now have or may hereafter acquire against the United
13   States of America, its agents, servants, and employees, including but not limited to the United States
14   Postal Service ("USPS") and David Tyler, a USPS employee.

15         3. Plaintiffs and their guardians, heirs, executors, administrators or assigns hereby agree to
16   accept the sums set forth in this Stipulation of Compromise Settlement in full settlement and
17   satisfaction of any and all claims, demands, any and all liens, including but not limited to, all medical
18   liens, mechanics liens, attorney fee liens and workers' compensation liens, including but not limited
19   to the lien of Continental Casualty Company, rights, and causes of action of whatsoever kind and
20   nature, including claims for wrongful death, arising from, and by reason of any and all known and
21   unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the
22   consequences thereof which they may have or hereafter acquire against the United States of America,
23   its agents, servants and employees on account of the same subject matter that gave rise to the above-
24   captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether
25   known or unknown, and whether for compensatory or exemplary damages. Plaintiff Continental
26   Casualty and its guardians, heirs, executors, administrators or assigns further agree to reimburse,
27   indemnify and hold harmless the United States of America, its agents, servants, and employees from
28   and against any and all such causes of action, claims, liens, rights or subrogated or contribution

SETTLEMENT AGREEMENT,
C 02-5292 VRW (ARB) & C 02-5292 VRW (ARB)    2



1    interests seeking reimbursement of workers' compensation benefits paid to and/or on behalf of Ute

2    Sistrunk arising out of the industrial accident that is the subject of the consolidated actions herein.

3    Plaintiff Ute Sistrunk, and her heirs, executors, administrators or assigns further agree to reimburse,

4    indemnify and hold harmless the United States of America, its agents, servants, and employees from

5    and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests,

6    excepting any by Continental Casualty and its guardians, heirs, executors, administrators or assigns,

7    incident to or resulting from further litigation or the prosecution of claims by Ute Sistrunk, or her

8    guardians, heirs, executors, administrators, or assigns against any third party or against the United

9    States of America, including claims for wrongful death, arising out of the accident that is the subject

10    of the consolidated actions herein, excepting any claims and or actions to enforce the terms of the

11    settlement agreement.

12    4. This stipulation for compromise settlement is not, is in no way intended to be, and should

13    not be construed as, an admission of liability or fault on the part of the United States, its agents,

14    servants, or employees, and it is specifically denied that they are liable to the plaintiffs. This

15    settlement is entered into by all parties for the purpose of compromising disputed claims under the

16    Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

17    5. It is also agreed, by and among the parties, that the respective parties will each bear their

18    own costs, fees, and expenses and that any attorney's fees owed by the plaintiffs will be paid out of

19    the settlement amount and not in addition thereto.

20    6. It is also understood by and among the parties that pursuant to Title 28, United States

21    Code, Section 2678, attorney's fees for services rendered in connection with this action shall not

22    exceed 25 per centum of the amount of the compromise settlement.

23    7. The persons signing this Settlement Agreement warrant and represent that they possess

24    full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

25    In the event any plaintiff is a minor or a legally incompetent adult, the plaintiffs must obtain Court

26    approval of the settlement at their expense. Plaintiffs agree to obtain such approval in a timely

27    manner: time being of the essence. Plaintiffs further agree that the United States may void this

28    settlement at its option in the event such approval is not obtained in a timely manner. In the event

1  plaintiffs fail to obtain such Court approval, the entire Stipulation For Compromise Settlement And

2  Release and the compromise settlement are null and void.

3        8. Payment of the settlement amount will be made by check drawn from the funds of the

4  Untied States Postal Service for <u>One Million Seven Hundred and Fifty Thousand</u> dollars

5  ($1,750,000) and made payable to Ute Sistrunk and Continental Casualty Company upon the filing

6  of the dismissal of this action. The check will be mailed to plaintiffs' attorney at the following

7  address: Clark W. Patten, Esq., 555 12th Street, Suite 1900, Oakland, CA  94607. Plaintiffs'

8  attorneys agree to assume responsibility for allocation and distribution of the settlement proceeds

9  among the plaintiffs, and to obtain a dismissal of the above-captioned action with prejudice, with

10  each party bearing its own fees, costs, and expenses.

11        9. The parties agree that this Stipulation for Compromise Settlement and Release, including

12  all the terms and conditions of this compromise settlement and any additional agreements relating

13  thereto, may be made public in their entirety, and the plaintiffs expressly consent to such release and

14  disclosure pursuant to 5 U.S.C. § 552a(b).

15        10. It is contemplated that this Stipulation may be executed in several counterparts, with a

16  separate signature page for each party. All such counterparts and signature pages, together, shall be

17  deemed to be one document.

18

19

20  Dated: 2/6/07

                                                    Ute Sistrunk

21

22                                                 UTE SISTRUNK

                                             Plaintiff

23

24

25  Dated: Jan 6/07                       By:

26                                               H. MAL CAMERON

27                                           Attorney for Plaintiff Ute Sistrunk

28

1

2  Dated: 1/17/07                    By: _____

3                                    CONTINENTAL CASUALTY CO.

4                                    Plaintiff's Designated Representative

5

6

7  Dated: 19 Jan 07                  By: _____

8                                    CLARK PATTEN

9                                    Attorney for Plaintiff Continental Casualty Company

10

11                                   KEVIN V. RYAN

12                                   United States Attorney

13

14

15  Dated: 1/25/07                   By: _____

16                                   ANDREW Y.S. CHENG

17                                   KATHERINE B. DOWLING

18                                   Assistant United States Attorneys

19                                   Attorneys for the Federal Defendant

20                                   United States of America

21

22  **PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT,**

23  **THIS CASE IS DISMISSED WITH PREJUDICE.**

24  **SO ORDERED AND APPROVED.**

25

26  Dated: 0 1 FEB 2007             _____

27                                   VAUGHN R. WALKER

28                                   United States District Judge

SETTLEMENT AGREEMENT,
C 02-5292 VRW (ARB) & C 02-5292 VRW (ARB)        5

AUG 1 2 205
POMPER & DET